**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-965 DWF/AJB**

| | |
|---|---|
| Matt C. Pierce,<br><br>Plaintiff,<br><br>vs.<br><br>Transworld Systems, Inc.,<br><br>Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Matt C. Pierce and his attorneys, and the Defendant and its Attorneys, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**CONSUMER JUSTICE CENTER, P.A.**

By: 7/19/01
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. #: 249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**THE BARRY LAW OFFICE, LTD.**
Peter F. Barry
Attorney for Plaintiff
342 East County Road D
St. Paul, Minnesota 55117
Attorney I.D. #: 0266577
Telephone: (651) 714-8800

**ERSTAD & RIEMER, P.A.**

By: ______________________
Thomas H. Schaefer, Esq.
Attorney I.D. #: 231587
200 Riverview Office Tower
8009 – 34th Avenue South
Minneapolis, MN 55425
(952) 896-3700

Dated: 7/23/01



JUL 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 30 2001
DEPUTY CLERK

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: July 30, 2001

Honorable Judge
United States District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500